**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 10, 2026

Mr. Thomas William Cranmer
Miller Canfield
840 W. Long Lake Road
Suite 150
Troy, MI 48098

Ms. Lauren E. Fitzsimons
Office of the Attorney General
of Michigan
2860 Eyde Parkway
2nd Floor
East Lansing, MI 48823

Re: Case No. 26-1693
*Coinbase Financial Markets, Inc. v. Dana Nessel, et al*
Originating Case No. 4:25-cv-14092

Dear Counsel,

This appeal has been docketed as case number **26-1693** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **August 24, 2026**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: Michelle
Direct Dial No. 513-564-7035

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-1693**

COINBASE FINANCIAL MARKETS, INC.

Plaintiff - Appellant

v.

DANA NESSEL, Michigan Attorney General; JIM ANANICH, Michigan Gaming Control Board, Board Chair; JONI M. THROWER DAVIS, Member of the Michigan Gaming Control Board; ANDREW T. PALMS, Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, Member of the Michigan Gaming Control Board; MARK EVENSON; HENRY WILLIAMS, Michigan Gaming Control Board, Executive Director of

Defendants - Appellees